UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRISON BROER, Individually and on Behalf of all others similarly situated,**

    Plaintiff,

v.                                           **Case No.: 4:21-cv-328-AW-MAF**

**FLORIDA STATE UNIVERSITY and FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, as the public body corporate of Florida State University,**

    Defendant.
_____/

## DEFENDANT FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES' UNOPPOSED MOTION FOR EXTENSION

Defendant, **FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES** ("FSU"), files this Motion to extend FSU's deadline to respond to Plaintiff's Amended Complaint, and in support, state the following:

1. This matter was originally filed in Circuit Court on May 10, 2021.

2. Plaintiff proceeded to file his Amended Complaint on July 30, 2021, alleging: Breach of Contract; Unjust Enrichment; Violation of the Takings Clause; and Inverse Condemnation.

3. FSU removed the action to this Court on August 6, 2021, making FSU's response due August 13, 2021.

4. FSU respectfully requests this Court grant a fourteen (14) day extension to respond to Plaintiffs' Amended Complaint.

5. Counsel for FSU conferred with Counsel for the Plaintiffs on this matter, who does not object to this Motion.

Dated this 13th day of August, 2021.

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**
Florida Bar No.: 0000795
rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Florida State University Board of Trustees*

## CERTIFICATE OF ATTORNEY CONFERENCE

Pursuant to Local Rule 7.1, the undersigned certifies that the movant conferred with opposing Counsel via electronic mail prior to filing this motion. Counsel for the Plaintiff does not oppose the requested extension.

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**

## WORD COUNT CERTIFICATION

The undersigned certifies that this document complies with word limits set forth in N.D. Fla. Local Rule 7.1(F), as it contains 141 which includes the headings, footnotes, and quotations, but does not include the case style, signature block or Certificates of Word Count and Service.

*/s/ Robert J. Sniffen*
**ROBERT J. SNIFFEN**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of August, 2021, a true and correct copy of the foregoing was electronically filed in the United States District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Robert J. Sniffen*
**ROBERT J. SNIFFEN**