IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRISON BROER,**

    **Plaintiff,**

v.   Case No. 4:21-cv-328-AW-MAF

**FLORIDA STATE UNIVERSITY**
**BOARD OF TRUSTEES and FLORIDA**
**STATE UNIVERSITY,**

    **Defendants.**

_____/

## ORDER GRANTING EXTENSION

Plaintiff's unopposed motion for extension (ECF No. 13) is GRANTED. Plaintiff's deadline to respond to Defendants' Motion to Dismiss (ECF No. 11) is extended to September 24, 2021.

SO ORDERED on September 2, 2021.

                                      s/ *Allen Winsor*
                                      United States District Judge