IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRISON BROER,**

    **Plaintiff,**

**v.**                                                                         **Case No. 4:21-cv-328-AW-MAF**

**FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES and FLORIDA
STATE UNIVERSITY,**

    **Defendants.**

_____/

## ORDER REGARDING STAY

Defendants have moved to stay discovery pending resolution of their motion to dismiss. ECF No. 20. Plaintiff has until October 7 to respond to the motion. In the meantime, discovery is STAYED. Once Plaintiff responds, the court will determine whether the stay will continue.

SO ORDERED on September 28, 2021.

                                                          s/ *Allen Winsor*
                                                          United States District Judge