IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRISON BROER,**

    **Plaintiff,**

**v.**                                                Case No. 4:21-cv-328-AW-MAF

**FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES and FLORIDA
STATE UNIVERSITY,**

    **Defendants.**
_____/

## ORDER EXTENDING STAY

Defendants moved to stay discovery pending resolution of their motion to dismiss. ECF No. 20. I ordered an expedited response and stayed discovery in the meantime. ECF No. 23. Having now reviewed Plaintiff's response, I order that discovery will remain STAYED pending resolution of the motion to dismiss.

SO ORDERED on October 15, 2021.

                                              s/ *Allen Winsor*
                                              United States District Judge