**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HARRISON BROER,**

     **Plaintiff,**

**v.**                                                    **Case No. 4:21-cv-328-AW-MAF**

**FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES and FLORIDA
STATE UNIVERSITY,**

     **Defendants.**

_____/

**<u>JUDGMENT</u>**

Plaintiff's Fifth Amendment takings claim (Count III) is dismissed on the merits for failure to state a claim. The remaining claims are remanded to state court.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

October 21, 2021
Date

*s / TiAnn Stark*

Deputy Clerk: TiAnn Stark